Noel M. Cook (SBN 122777)
ncook@owe.com
Alica Del Valle (SBN 246006)
adelvalle@owe.com
OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market Street, Suite 1910
San Francisco, California 94105
(415) 882-3200 (phone)
(415) 882-3232 (fax)

James D. Weinberger
jweinberger@fzlz.com
Giselle C. Woo
gwoo@fzlz.com
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
(212) 813-5900 (phone)
(212) 813-5901 (fax)

*Counsel for Plaintiffs The Gap, Inc. and Gap (Apparel) LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE GAP, INC. and GAP (APPAREL) LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GREG MURPHY D/B/A GAPNOTE INC. and GAPNOTE.COM,<br><br>Defendants. | Case No. C 10-04354 EDL<br><br>**NOTICE OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

**PLEASE TAKE NOTICE** that Plaintiffs, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby dismiss all claims against defendants <u>without prejudice</u>.

///
///
///
///
///

Dated: December 30, 2010

By: _____
Noel M. Cook (SBN 122777)
  ncook@owe.com
Alica Del Valle (SBN 246006)
  adelvalle@owe.com
OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market Street, Suite 1910
San Francisco, California 94105
(415) 882-3200 (phone)
(415) 882-3232 (fax)

James D. Weinberger
  jweinberger@fzlz.com
Giselle C. Woo
  gwoo@fzlz.com
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
(212) 813-5900 (phone)
(212) 813-5901 (fax)

*Counsel for Plaintiffs The Gap, Inc. and Gap (Apparel) LLC*